AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA
v.
Juan Quezada-Ortega

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Quezada-Ortega

I certify that I am admitted to practice in this court.

3-25-8
Date

[signature]
Signature

K Fitzgerald
Print Name

5775
Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number