AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JUAN QUEZADA-ORTEGA

**WARRANT FOR ARREST**

CASE NUMBER: CR 08-28S

RECEIVED
U.S. MARSHALS SERVICE
MAR 19 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUAN QUEZADA-ORTEGA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Illegal Re-entry

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Martha Saucier
Signature of Issuing Officer

March 19, 2008
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Bristol Cty HOC by ICE | | |
| DATE RECEIVED 03/19/2008 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 03/25/2008 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.