**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**May 20, 2008 Calendar Call**

**CRIMINAL CASES**

**CR07-106-01S-LDA** **USA v. Jesus Gonzalez**
Conspiracy with intent to Distribute Cocaine
**CR07-138-01S-LDA** **USA v. Souvanh Keosouvanh**
Conspiracy with intent to Distribute Cocaine
**CR08-18-01S-LDA** **USA v. Damin Thompson**
Possession with Intent to Distribute Cocaine Base
**CR08-19-01S-DLM** **USA v. Rafael O. Guzman**
Possession with Intent to Distribute Cocaine Base
**CR08-25-01S-LDA** **USA v. William Melvin**
Bank Robbery
**CR08-27-01S-DLM** **USA v. Scott M. Brown**
Bank Robbery
**CR08-28-01S-DLM** **USA v. Juan Quezada-Ortega**
Illegal Re-entry

**CIVIL CASES**

**CA06-53-S-LDA** **Jack Foley v. Steven M. Loeb**
Personal Injury
**CA07-162-S-DLM** **Laura Mastraccio, et al v. Long Beach Mortgage**
Truth in Lending
**CA07-178-S-LDA** **Nicholas Mello v. CPR Fishing, Inc.**
Marine (Admiralty)
**CA07-213-S-LDA** **The Talaria Company, LLC v. M/V Sea Biscuit**
Marine (Admiralty)

**NOTICE**

You are hereby notified that the above-captioned cases are on the trial calendar commencing on June 3, 2008 to be tried in the order listed. The calendar will be called on **May 20, 2008** at **9:00 a.m.** Juries will be empaneled on June 3, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: May 5, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**