UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0028 S |
| | ) | |
| JUAN QUEZADA-ORTEGA | ) | |

---

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Juan Quezada-Ortega, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for an additional period of 60 days. Mr. Quezada is currently on the June trial calendar, with jury selection on June 3, 2008. Mr. Quezada submits the attached memorandum in support of this request.

Respectfully submitted
Juan Quezada-Ortega
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on May 13, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0028 S |
| | ) | |
| JUAN QUEZADA-ORTEGA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Quezada has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter.

The defense asks for this continuance to complete its investigation and plea negotiations. Mr. Quezada has a particularly complicated citizenship status and suffers from some mental impairment. The time requested will allow the completion of the necessary tasks involved in his representation, and full explanation of his situation and options. The government has no objection to this continuance.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Juan Quezada-Ortega
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on May 12, 2008.

/s/ Kevin J. Fitzgerald